Per Curiam.

Petitioner had an adequate remedy by way of appeal from the judgment of conviction to review the alleged errors of which he complains, and cannot now have such a review by a proceeding in habeas corpus. In re Whitmore, 137 Ohio St., 313, 29 N. E. (2d), 363; In re Burson, 152 Ohio St., 375, 89 N. E. (2d), 651; In re Pullins, 155 Ohio St., 171, 98 *490 N. E. (2d), 11 In re Ames, 155 Ohio St., 184, 98 N. E. (2d), 2; In re Stewart, 156 Ohio St., 521, 103 N. E. (2d), 551.

Petitioner remanded to custody.

Weygandt, C. J., Middleton, Taft, Matthias, Hart, Zimmerman and Stewart, JJ., concur.